**Order entered December 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00964-CR

### JOE ANGEL FLORES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1430275-M

## ORDER

The clerk's record reflects appellant is indigent, is represented by counsel, and that the reporter's record has been requested. The reporter's record was due October 16, 2018. When it was not filed, we notified court reporter Belinda Baraka by postcard dated October 18, 2018 and instructed her to file, by November 17, 2018, the reporter's record. To date, we have not received the reporter's record nor have we had any communication from Ms. Baraka.

We **ORDER** the complete reporter's record filed **BY DECEMBER 17, 2018**. We caution Ms. Baraka that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE